

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00418-CV

**IN RE WOOD GROUP PSN INC.**, Miller Environmental Services L.L.C., Star Tex Gasoline & Oil Distributors Inc., Basic Energy Services Inc., Cameron Inc., Chacho's Vacuum Service Inc., Coastal Chemical Co. L.L.C., Flint Energy Services Inc., FTS International Services L.L.C., Helmerich & Payne International Drilling Co., Mission Petroleum Carriers Inc., Murphy Exploration & Production Company - USA, Murphy Oil Corporation, Plains All American Pipeline L.P.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice (dissenting)
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice[2]
Irene Rios, Justice

On October 3, 2018, this court conditionally granted in part and denied in part relators' petition for writ of mandamus. On November 2, 2018, the real party in interest filed a motion for rehearing, which was denied on November 9, 2018. On November 16, 2018, the real party in interest filed a motion to confirm the stay of the underlying proceedings. On November 19, 2018, the real party in interest filed a motion for en banc reconsideration.

After considering the motion for en banc reconsideration, the motion is hereby DENIED. The real party in interest's motion to confirm the underlying stay is DENIED AS MOOT.

It is so **ORDERED** on December 12, 2018.

---

[1] This proceeding arises out of Cause No. 13-05-11980-DCVAJA, styled *County of Dimmit v. Murphy Exploration & Production Co., et al.*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.

[2] Not participating.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

